UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| PATRICIA LEDAY | : | CIVIL ACTION NO. 2:22-cv-04169 |
| VERSUS | : | JUDGE JAMES D. CAIN, JR. |
| INTEGON NATIONAL INSURANCE CO. | : | MAGISTRATE JUDGE LEBLANC |

**JUDGMENT**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. 34], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion to dismiss [doc. 20] is **GRANTED** and that this matter is **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers on the 13th day of May, 2024.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE